# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.,<br>Respondents. | Case No. 1:26-cv-02602-JLT-SAB-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE COPY OF PETITIONER'S NOTICE TO APPEAR |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Respondents contend that due to Petitioner's convictions for lewd and lascivious acts, in violation of California Penal Code section 261.5(d), and felony possession of a stolen vehicle, in violation of California Penal Code section 496D(A), Petitioner is subject to mandatory detention under 8 U.S.C. § 1226(c). (ECF No. 9 at 3.) The Court finds that additional documentation regarding any notice given to Petitioner of the circumstances or convictions that provide the basis for mandatory detention and regarding any opportunity given to Petitioner to challenge the mandatory detention would assist the Court in this matter.

Accordingly, IT IS HEREBY ORDERED that within **FIVE (5) days** of the date of service of this order, Respondents SHALL FILE a copy of Petitioner's notice to appear, any additional charges of inadmissibility, and any additional documentation regarding any notice

given to Petitioner of the circumstances or convictions that provide the basis for mandatory detention and opportunity given to Petitioner to challenge the mandatory detention.

IT IS SO ORDERED.

Dated: **October 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge