# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.,<br>Respondents. | Case No. 1:26-cv-02602-JLT-SAB-HC<br>ORDER GRANTING JOINT MOTION TO SEAL<br>(ECF No. 20)<br>ORDER DIRECTING CLERK OF COURT TO SEAL ECF NO. 9 AND ECF NO. 18 |

Before the Court is the parties' stipulation and joint motion to seal ECF No. 9 and ECF No. 18. (ECF No. 20.) In light of the Court's order granting Petitioner's motion to proceed under pseudonym, (ECF No. 11), the parties' stipulation, and pursuant to Local Rule 141, the Court HEREBY ORDERS that:

1. The joint motion to seal (ECF No. 20) is GRANTED; and
2. The Clerk of Court is DIRECTED to SEAL ECF No. 9 and ECF No. 18.

IT IS SO ORDERED.

Dated: **October 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge